USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/06/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN O'DELL,

Plaintiff,

-v-

MAGELLAN MIDSTREAM PARTNERS, L.P., et al.

Defendants.

23-cv-6679 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

By order of September 29, 2026, the Court directed Plaintiff to show cause by October 5, 2026, why this case, in which there has been no action since the filing of the complaint on July 31, 2023, should not be dismissed without prejudice for failure to prosecute. Dkt. No. 5. The Court stated that it would dismiss the complaint without prejudice and close the case if there was no timely response. *Id.* No counsel has responded. Accordingly, the complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: October 6, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge